JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LAUREN MOSHI, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; MOSSIMO, INC., a Delaware corporation; ICONIX BRAND GROUP, INC., a New York corporation dba MOSSIMO SUPPLY CO.; STEVEN MADDEN, LTD., a Delaware corporation; DANIEL M. FRIEDMAN & ASSOCIATES, INC., a New York corporation; and DOES 2 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No. CV 13-05859 CAS (RZx)<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Pursuant to stipulation of the parties to this action that the complaint of plaintiff Lauren Moshi, LLC, a California limited liability company, be dismissed in its entirety with prejudice with each party to bear its own attorney's fees and costs. This order shall dispose of the balance of the case in its entirety.

IT IS SO ORDERED.

*[signature: Christina A. Snyder]*

DATED: March 26, 2014

JUDGE OF THE UNITED STATES DISTRICT COURT